**PORTER | SCOTT**
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants AMADOR-TUOLUMNE COMMUNITY ACTION AGENCY and SHELLY HANCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY ROCKETT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMADOR-TUOLUMNE COMMUNITY ACTION AGENCY, a public agency; SHELLY HANCE, an individual,<br><br>　　　　　　Defendants.<br>_____/ | Case No.: 2:14-cv-00638-TLN-EFB<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271, AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　Pursuant to Local Rule 16-271, Plaintiff HOLLY ROCKETT and Defendants AMADOR-TUOLUMNE COMMUNITY ACTION AGENCY and SHELLY HANCE, by and through their respective counsel, hereby stipulate to submit the above entitled action to the Voluntary Dispute Resolution Program (hereafter "VDRP") for the purpose of participation in mediation.

　　In light of the stipulation to referral to VDRP and in order to allow for the parties participation in VDRP, the parties further agree to continue the Case Management Conference to a mutually convenient date and to continue the time for filing of a Joint Status Report.

　　By this stipulation, and in order to effectuate referral to VDRP, Defendants will request that the hearing on their Motion To Dismiss, scheduled for July 17, 2014 at 2:00 p.m. in Department 2 be moved to a date after the mediation session such that the opposition and reply deadlines will occur after

**1**
**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNATRY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271**

the mediation, calculated from the newly selected hearing date and pursuant to Local Rule 230 governing motions.

DATED:  June 23, 2014                    LAW OFFICE OF MARY-ALICE COLEMAN

                                By      /s/ Enriqueta Rico (as authorized on June 20, 2014)
                                        Mary-Alice Coleman
                                        Enriqueta Rico
                                        Attorneys for Plaintiff
                                        HOLLY ROCKETT


DATED:  June 23, 2014                    PORTER SCOTT
                                         A PROFESSIONAL CORPORATION

                                By      /s/John R. Whitefleet
                                        John R. Whitefleet
                                        Attorneys for Defendants
                                        AMADOR-TUOLUMNE COMMUNITY ACTION
                                        AGENCY and SHELLY HANCE

### ORDER

**IT IS SO ORDERED.**

Dated: June 23, 2014

                                        _____
                                        Troy L. Nunley
                                        United States District Judge

2

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNATRY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271