**PORTER | SCOTT**
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants AMADOR-TUOLUMNE COMMUNITY ACTION AGENCY and SHELLY HANCE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY ROCKETT | Case No.: 2:14-cv-00638-TLN-EFB |
| Plaintiff, | **STIPULATED REQUEST TO RESCHEDULE HEARING ON DEFENDANT'S MOTION TO DISMISS AND ORDER** |
| vs. | |
| AMADOR-TUOLUMNE COMMUNITY ACTION AGENCY, a public agency; SHELLY HANCE, an individual, | Current Date:    July 17, 2014<br>Reschedule Date: September 25, 2014<br>Time:            2:00 p.m.<br>Crtrm:           2, 15TH Floor |
| Defendants. | |

The parties, by and through their respective counsel of record, hereby submit the stipulated request to continue the hearing on Defendant's Motion to Dismiss.

Defendants AMADOR-TUOLUMNE COMMUNITY ACTION AGENCY and SHELLY HANCE filed their Motion on May 21, 2014. [Docket No. 7.] The hearing on the Motion is currently set for July 17, 2014. The matter was recently referred to VDRP. To allow the parties sufficient time to complete VDRP, the parties hereby respectfully request that the Court continue the hearing to **September 25, 2014**, briefing to be completed in accordance therewith.

///

///

**1**
**STIPULATED REQUEST TO RESCHEDULE HEARING ON DEFENDANT'S MOTION TO DISMISS AND ORDER**

**IT IS SO STIPULATED.**

DATED:  July 3, 2014                    LAW OFFICE OF MARY-ALICE COLEMAN

                              By      /s/Enriqueta Rico  (as authorized on 06/30/14)
                                      Mary-Alice Coleman
                                      Enriqueta Rico
                                      Attorneys for Plaintiff
                                      HOLLY ROCKETT


DATED:  July 3, 2014                    PORTER SCOTT
                                        A PROFESSIONAL CORPORATION

                              By      /s/John R. Whitefleet
                                      John R. Whitefleet
                                      Attorneys for Defendants
                                      AMADOR-TUOLUMNE COMMUNITY ACTION
                                      AGENCY and SHELLY HANCE

**ORDER**

**IT IS SO ORDERED.**

Dated: July 3, 2014

_____
Troy L. Nunley
United States District Judge

---

**2**
**STIPULATED REQUEST TO RESCHEDULE HEARING ON DEFENDANT'S MOTION TO DISMISS AND ORDER**